Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the

District of *Mass.*

Division *Eastern*

Olivia Martin
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

See attached B 27
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)   ☐ Yes   ☐ No

FILED IN CLERKS OFFICE
2021 MAR 25 AM 11:39
U.S. DISTRICT COURT
DISTRICT OF MASS.

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Olivia Martin
Address: P.O. Box 171071
City: Boston   State: Ma   Zip Code: 02117
County: Suffolk
Telephone Number: 760-641-2174
E-Mail Address:

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Kim Janey / City of Boston - Martin J. Walsh
Job or Title (if known): Mayor
Address: 1 City Hall Square #500
City: Boston   State: Ma   Zip Code: 02201-2013
County: Suffolk
Telephone Number:
E-Mail Address (if known):

☐ Individual capacity   ☒ Official capacity

Defendant No. 2
Name: City of Boston
Job or Title (if known): Kate Bennett CEO
Address: CEO of Boston Housing Authority

1 - 13 attachment

City: Boston   State: Ma   Zip Code: 02111
County: Suffolk
Telephone Number: 617-988-4000
E-Mail Address (if known):

☐ Individual capacity   ☒ Official capacity

B                    Defendant(s)

1. Martin J. Walsh              26. Sheila B. Bridges
2. Helene C. Maichle            27.
3. Wilbur K. Commodore
4. Joann Moore
5. Joeli Sanchez
6. Jaino Ochoa
7. Marie Kerins-Bould
8. Waleska Figueroa
9. Jamie DeLude
10. George McBrath
11. Raul Leon
12. Christy Doyle
13. Melina McTigue
14. Nilda Bogas
15. Vara S. Schneider
16. Dion Irish
17. Olga Niese
18. Victoria L. Williams
19. Victor M. Posada
20. Charlotte Bolar Richie
21. Sheila A. Hubbard
22. Eric Bove
23. Kristen L. Filipic
24. Balen Gilbert
25. Collins Akukwe

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
Name: William Onuoha - Office of Fair Housing
Job or Title (if known): Executive Director
Address: 1 City Hall Square #966
        Boston, Ma 02201-2041
        City / State / Zip Code

14-17 attachments

County: Suffolk
Telephone Number: 617-635-2600
E-Mail Address (if known):

☐ Individual capacity   ☒ Official capacity

Defendant No. 4
Name: Sunila Thomas George - Mass Commission Against Discrimination
Job or Title (if known): chairwoman
Address: 1 Ashburton Place #601
        Boston, Ma 02108
        City / State / Zip Code

18-22 attachments

County: Suffolk
Telephone Number: 617-994-6000
E-Mail Address (if known):

☐ Individual capacity   ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Plaintiff Constitution Right to Equal Protection of the laws
Equality in application of laws and due process

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Defendant

City of Boston
Mayor
Martin J. Walsh  or current   Kim Janey
1 City Hall Square #500
Boston, Ma, 02201-2013
617-635-4500
Mayor@Boston.Gov


Defendant | Martin J. Walsh
City of Boston Mayor
1 City Hall Square #500
Boston, Ma 02201-2013


Mayor Walsh declared Racism a public health Crisis in the City of Boston, Mass.

The Mayor, Martin J. Walsh complicitness toward The Boston Housing Authority Corruption is a violation of all Blacks born or living in The City of Boston, Ma. Civil Rights - done by The City of Boston, Housing Authority, Legal Department Attorney Helene Maichle Senior Attorney for BHA.

B) Defendants

Boston Housing Authority
Kate Bennett  CEO
52 Chauncy Street
Boston, Ma. 02111
617-988-4000

Defendant 1=

Helene C. Maichle, BBO #629151
Senior Attorney
Boston Housing Authority
52 Chauncy Street
Boston, Ma. 02111
Suffolk County
617-988-4177
email Helene.Maichle@bostonhousing.org

2=

Wilbur E Commodore
General Counsel
Boston Housing Authority
52 Chauncy Street
Boston, Ma. 02111
Suffolk County

Defendants

3- Joann Moore
Property Manager
Boston Housing Authority
Cathedral Development
1472 Washington St
Boston, Ma. 02118
617-988-5040

4- Joei Sanchez
Property Manager
Boston Housing Authority
Cathedral Development
1472 Washington St
Boston, Mass 02118
617-988-5040

5 Jaino Ochoa
Property Manager II
Boston Housing Authority
Alice Taylor Development
260 Ruggles Street
Roxbury, Ma 02120
617-988-5068

Defendants

6- Marie Karins-Gould
Property Mg - Housing Manager - BHA
Ruth Barkley Development
1472 Washington Street
Boston, Ma 02118
617-988-5040

7- Waleska Figueroa
Housing Manager / Regional Manager
Ruth Barkley Development
1472 Washington St.
Boston, Ma. 02118
617-988-5042 (617-988-5040)
waleska.figueroa@bostonhousing.org

8- Jamie DeLude
Housing Manager
Ruth Barkley Apartment
1472 Washington St
Boston Ma. 02118
617-988-5040

Defendants

9- George McBrath
Assistant Director of
Property Management
Boston Housing Authority
52 Chauncy St.
Boston, Ma. 02111

10- Raul Leon
Regional Manager, Property Mas. (ADPM)
Boston Housing Authority
52 Chauncy St
Boston, Ma. 02111

11- Christy Doyle
Director of Civil Rights
Boston Housing Authority
52 Chauncy St,
Boston, Ma 02111
617-988-4000

Defendants

12- Melina McTigue
Civil Rights Specialist
Boston Housing Authority
52 Chauncy St
Boston, Ma. 02111

13- Nilda Bogas
Civil Right
Boston Housing Authority
52 Chauncy St
Boston, Ma 02111

Defendants

City of Boston
Fair Housing and Equity
William Onuoha   Executive Director
1 City Hall Square #966
Boston, Ma 02201-2041
617-635-2500

14- Vera S. Schneider
Director of Investigations
Fair Housing and Equity
Boston City Hall rm 966
1 City Hall Sq
Boston, Ma. 02201
617-635-2500
vera.schneider@cityofboston.gov

15- Dion Irish
Executive Director
Fair Housing and Equity
Boston City Hall #966
1 City Hall Sq
Boston, Ma 02201
617-635-2500

16 - Olga Niese
Director of Investigations/Sr. Investigator
City of Bos, Boston Fair
Housing Commission
Boston City Hall #966
1 City Hall Squar
Boston, Ma. 02201
617-635-2500

17 - Victoria L. Williams
Director OCR
1 City Hall Plaza #966
Fair Housing Commission
Boston, Ma 02201

Defendants

Mass. Commission Against Discrimination
Sunila Thomas George - chairwoman
1 Ashburton Place #601
Boston, Ma. 02108

18-

Victor M Posada
Investigator
MCAD, One Ashburton Place
Boston, Ma 02108
617-994-6000

19-

Charlotte Bolan Richie
Investigating Commissioner
Mass Commission Against Discrimination
1 Ashburton Place, #601
Boston, Ma 02108
617-994-6000

20

Sheila A. Hubbard
Investigating Commissioner
MCAD
1 Ashburton Place #601
Boston, Ma 02108

22- Eric Bove
Acting Housing Unit Director
MCAD
1 Ashburton Place
Boston, Ma 02108
617-994-6000
617-994-6086

United States Department of Housing and Urban Development (HUD)

Office of Fair & Equal Opp.
T.P. O'Neill Jr. Federal Building
10 Causeway St #301
Boston, Ma. 02222-1092
www.hud.gov
617-994-8250

Defendant 23

Kristen L. Filipic
Specialist HUD - Equal Opportunity
10 Causeway St
Boston, Ma. 02222
617-994-8331
Kristen.l.filipic@hud.gov

2022 and in 2014 HUD sent plaintiff complaints to the Mayor's Office of Fair Housing at Boston City Hall #966 for investigation. Conflict of duty because plaintiff had filed her own complaints with The Mayor's Office of Fair Housing on different discrimination charges.